No. 11-476. Stephen J. Williams, Petitioner v. District of Columbia Court of Appeals.

565 U.S. 1112, 132 S. Ct. 1010, 181 L. Ed. 2d 736, 2012 U.S. LEXIS 398.

January 9, 2012. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 3 A.3d 1179.

No. 11-480. Frederick Raymond Droney, Petitioner v. Tim Fitch, et al.

565 U.S. 1112, 132 S. Ct. 1011, 181 L. Ed. 2d 736, 2012 U.S. LEXIS 269.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 423 Fed. Appx. 669.

No. 11-498. Lester G. Murphy, Petitioner v. Anthony Sanders, Judge, Humphreys County Juvenile Court, Tennessee, et al.

565 U.S. 1112, 132 S. Ct. 1014, 181 L. Ed. 2d 736, 2012 U.S. LEXIS 211.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-501. Farmers Insurance Exchange, Petitioner v. Ed Aguilar, et al.

565 U.S. 1112, 132 S. Ct. 1014, 181 L. Ed. 2d 736, 2012 U.S. LEXIS 296.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 11-505. Tara Katherine Hamed, Petitioner v. Wayne County, Michigan, et al.

565 U.S. 1112, 132 S. Ct. 1014, 181 L. Ed. 2d 736, 2012 U.S. LEXIS 141.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Michigan denied.

Same case below, 490 Mich. 1, 803 N.W.2d 237.

No. 11-506. Jeffrey A. Dock, Individually and as Executor of the Estate of Jeremy W. Dock, Deceased, et al., Petitioners v. Ruth Rush, et al.

565 U.S. 1112, 132 S. Ct. 1014, 181 L. Ed. 2d 736, 2012 U.S. LEXIS 289.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 432 Fed. Appx. 130.

No. 11-507. Abdul Karim Hassan, Petitioner v. United States.

565 U.S. 1112, 132 S. Ct. 1016, 181 L. Ed. 2d 736, 2012 U.S. LEXIS 347.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 441 Fed. Appx. 10.